| PROB 22 (Rev. 1/2023) | TRANSFER OF JURISDICTION | DOCKET NUMBER *(Tran. Court)* 23-00826-001 |
|---|---|---|
| | | DOCKET NUMBER *(Rec. Court)* |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE: **Shyteek Stevenson** 305 High Street Enola, Pennsylvania 17025 | DISTRICT New Jersey | DIVISION |
|---|---|---|
| | NAME OF SENTENCING JUDGE Christine P. O'Hearn | |
| | DATES OF PROBATION/ SUPERVISED RELEASE: | FROM 11/07/2024 — TO 11/06/2027 |

OFFENSE

18:1343.F, Fraud By Wire - Radio - Or Television; 18:1957-5800.F, Engaging In Monetary Transactions

JUSTIFICATION/REASON FOR TRANSFER (e.g., prosocial ties, employment/education opportunities, violation of supervision)

Defendant resides and is being supervised in the Middle District of Pennsylvania and has no intentions to return to the District of New Jersey.

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF NEW JERESEY

    IT IS HEREBY ORDERED that pursuant to 18 U.S.C. 3605 the jurisdiction of the probationer or supervised releasee named above be transferred with the records of the Court to the United States District Court for the MIDDLE DISTRICT OF PENNSYLVANIA upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this Court.*

| 9/12/25 | *Christine A. O'Hearn* (signature) |
|---|---|
| Date | United States District Judge |

*This sentence may be deleted in the discretion of the transferring Court.

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

    IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

| September 15, 2025 | /s/ Keli M. Neary |
|---|---|
| Effective Date | United States District Judge |